**Order Filed August 15, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00781-CV

## IN RE TRAVIS FOSTER, Relator

**Original Proceeding from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00357**

# ORDER

Before Justices Francis, Evans, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's motion for temporary emergency relief as moot.

/s/ CRAIG STODDART
JUSTICE